**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MANJINDER SINGH, | Case No. 26-cv-00326-BAS-SBC |
| Petitioner, | |
| v. | **ORDER DISMISSING PETITION WITHOUT PREJUDICE** |
| PAMELA BONDI, *et al.*, | |
| Respondents. | |

On January 20, 2026, Petitioner Manjinder Singh filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) However, upon review, the Court notes that the same Petitioner filed a Petition on January 17, 2026, which was assigned to the Honorable Robert S. Huie in Case No. 26-cv-00295-RSH-BJW. The Petitions, which were filed by the same counsel, identify the same A-File number and raise the same claims. Consequently, the Court **DISMISSES WITHOUT PREJUDICE** this duplicative Petition. To continue with his Petition, Petitioner must litigate in his earlier-filed case before Judge Huie. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

**DATED: January 21, 2026**

_____

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv0326